

**VIA ECF**

October 25, 2019

Honorable Claire C. Cecchi
United States District Judge
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Building
  & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Scott S. Christie
Partner
T. 973.848.5388
F. 973.297.3981
schristie@mccarter.com

 **Re:**  *Hayward Industries, Inc. v. Salt Solutions, Inc.,*
    <u>*Civil Action No. 19-13143-CCC-ESK*</u>

Dear Judge Cecchi:

   This firm represents Plaintiff Hayward Industries, Inc. ("Hayward") in the above-referenced action.

   I write on behalf of all parties to inform the Court that a settlement in principle of this case has been achieved, and that the parties need additional time to consummate settlement.

   Accordingly, the parties respectfully that the Court enter a 30-day order to administratively terminate the case for that purpose.

   We thank the Court for its attention to this matter.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

                     Respectfully,

                     Scott S. Christie

Cc: Magistrate Judge Edward S. Kiel (via ECF)

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

ME1 31803105v.1